WILLIAMSON & ADAMS, INC., Appellant, v. JAMES T. KANE et al., Individually and as Copartners Doing Business under the Name of JAMES KANE AND COMPANY, Respondents.— In an action to recover for labor and materials, order denying appellant's motion to strike out defenses as insufficient, insofar as appealed from, affirmed, without costs. The first defense is asserted against plaintiff's claim insofar as it is in excess of $22,000; and it may stand as a partial defense. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.